UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Charles Iryzarry</u>

          v.                    Civil No. 11-cv-249-JL

<u>State of New Hampshire, et al.</u>

## O R D E R

By order dated 5/31/11, the court gave the plaintiff until 6/24/2011 to return an enclosed Prisoner Consent Form and indicate whether he intended to incur the cost of the filing fee and proceed with this action, or whether he intended not to proceed with this litigation at this time. The order expressly informed the plaintiff that the failure to return the attached Prisoner Consent Form by the above deadline would be interpreted as indicating the plaintiff's desire to not proceed with this litigation and would result in the dismissal of the complaint. As of this date, the plaintiff has not returned the Prisoner Consent Form. Therefore, the complaint is dismissed without prejudice.

_____
Joseph N. Laplante
United States District Judge

Dated: July 12, 2011

cc:    Charles Iryzarry, pro se